# TRANSCRIPT VIEWABLE IN COURT FOLDER FILED IN CLERK'S FILE